# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| NIGERIA LEE HARVEY,<br><br>Plaintiff,<br><br>CITY OF MINNEAPOLIS, HENNEPIN COUNTY, MINNEAPOLIS POLICE DEPARTMENT, CHARLES GREEN IV, TWILA VILLELLA, HOLLY KEEGEL, KRISTOPHER KRAMER, MICHEAL PRIMOZICH, MELINDA OLSON, JAMIEL MOHAMMED, PETE FAHNHORST, and JESSICA NEISEN,<br><br>Defendants. | Case No. 19-CV-2271 (NEB/HB)<br><br>ORDER ON REPORT AND RECOMMENDATION |

The Court has received the October 2, 2019 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. [ECF No. 5.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter,

IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 5] is ACCEPTED; and

2. This action [ECF No. 1] is DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 7, 2019

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge